# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAIDERVANIO DA COSTA SABINO** | : | CIVIL ACTION |
| v. | : | No. 09-5971 |
| **HITACHI KOKI CO., LTD.,** *et al*. | : | |

## ORDER

**AND NOW**, this 17th day of May, 2010, upon consideration of the Plaintiff Jaidervanio Da Costa Sabino's Third Motion for Remand to the Philadelphia County Court of Common Pleas (Document Nos. 6 and 7), the defendant Hitachi Koki Co., Ltd.'s response and the Notice of Removal, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Philadelphia Court of Common Pleas for lack of subject matter jurisdiction pursuant to 28 U.S.C. §1447(c).

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.